## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., *an individual*, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:22-cv-00275-RDM |
| | * |
| STYLE CONCEPT STUDIO L.L.C. | * |
| d/b/a Le Grenier | * |
| | * |
| and | * |
| | * |
| | * |
| 502-504 H Street GP | * |
| | * |
| Defendants. | * |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to defendants STYLE CONCEPT STUDIO L.L.C. d/b/a Le Grenier and 502-504 H Street GP.

Dated this 28th day of February, 2022.

Respectfully Submitted,

BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:   (516) 279-1554
Fax:   (516) 213-0339

By: __*/s/ Erik M. Bashian*__
ERIK M. BASHIAN, ESQ.
D.C. Bar No. 1657407
eb@bashpaplaw.com